PER CURIAM.
Affirmed. § 768.81(3), Fla. Stat. (1995); Cody v. Kernaghan, 682 So.2d 1147 (Fla. 4th DCA 1996); Perry v. Red Wing Shoe Co., 597 So.2d 821 (Fla. 3d DCA 1992); Moorman v. American Safety Equipment, 594 So.2d 795 (Fla. 4th DCA), review denied, 606 So.2d 1164 (Fla.1992); Tallahassee Furniture Co., Inc. v. Harrison, 583 So.2d 744 (Fla. 1st DCA 1991), review denied, 595 So.2d 558 (Fla.1992); Sears, Roebuck & Co. v. McKenzie, 502 So.2d 940 (Fla. 3d DCA), review denied, 511 So.2d 299 (Fla.1987); Gainey v. Perkins, 500 So.2d 272 (Fla. 1st DCA 1986); Ford Motor Co. v. Hill, 381 So.2d 249 (Fla. 4th DCA 1979), app’d, 404 So.2d 1049 (Fla.1981).